*Monday, September 26, 1994*
## MOTION DOCKET

**94–988, 94–1246 and 94–1247.** Ameritech Ohio v. Pub. Util. Comm. Public Utilities Commission, Nos. 93–1370–TP–ACE, 93–2069–TP–ACE and 93–2080–CT–ACE. These causes are pending before the court as appeals from the Public Utilities Commission of Ohio. Upon consideration of the joint motion for a stay of the briefing schedule and request for expedited ruling,

IT IS ORDERED by the court that the motion be, and the same is hereby, granted.

**94–1427.** Warren Cty. Communications, Dept. of the Warren Cty. Bd. of Commrs. v. Pub. Util. Comm. Public Utilities Commission, No. 90–1544–TP–SLF. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the joint motion for a stay of the briefing schedule,

IT IS ORDERED by the court that the motion be, and the same is hereby, granted.

## MISCELLANEOUS DISMISSALS

**94–1291.** State v. Staats. *Summit County*, No. 15706. This cause is pending before the court as a discretionary appeal and as a claimed appeal of right. Appellant filed his notice of appeal on June 20, 1994. Appellant's motion for delayed appeal was granted on August 3, 1994, and appellant's memorandum in support of jurisdiction was due September 2, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective September 23, 1994.

**94–1475.** Jerninghan v. Cuyahoga Cty. Court of Common Pleas. *Cuyahoga County*, No. 66805. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On July 27, 1994, the record was filed in the Supreme Court. Appellant's brief and supplement to the brief were due September 6, 1994. On September 1, 1994, this court denied appellant's request for an extension of time to file merit brief and supplement to the brief. It appears from the records of this court that appellant has not filed a merit brief and supplement to the brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective September 23, 1994.

*Tuesday, September 27, 1994*
## MISCELLANEOUS DISMISSALS

**93–545.** Columbia Gas of Ohio, Inc. v. Limbach. Board of Tax Appeals, No. 90–M–537. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application be, and the same is hereby, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**94–1294.** State ex rel. Zacharias v. Peterson. *Summit County*, No. 16711. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. On July 1, 1994, the record was filed in the Supreme Court. On August 8, 1994, a joint stipulation for extension of time was filed and appellant's merit brief and supplement to the brief were due August 29, 1994. It appears from the records of this court that appellant has not filed a merit brief and supplement to the brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.